FLORENCE NUNNALLY, Respondent, *v.* THE TRIBUNE ASSOCI-
ATION, Appellant.

*Nunnally* v. *Tribune Association,* 111 App. Div. 485, affirmed.
(Argued October 1, 1906; decided October 16, 1906.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered March 9, 1906, which affirmed an interlocutory
judgment of Special Term overruling a demurrer to the
complaint in an action for libel.

The following question was certified : " Does the complaint
state facts sufficient to constitute a cause of action ? "

*Henry W. Sackett* and *Edward L. Stevens* for appellant.

*George H. D. Foster* for respondent.

Order affirmed, with costs, on opinion of PATTERSON, J.
below ; question certified answered in the affirmative.

Concur : CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT
VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.